CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JUN 0 8 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES MAGISTRATE COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 5:17CR00017 |
| v. | |
| ANDREW SPIELES | In Violation of: 18 USC 1028(a)(2), (b)(6), and (f) |

## INFORMATION

The United States charges that:

### Count 1

1.    On or about August 1, 2016, in the Western District of Virginia, the defendant, ANDREW SPIELES, did attempt to knowingly transfer an identification document, authentication feature, and a false identification document, to wit, Virginia Voter Registration Forms, knowing that such document and feature was produced without lawful authority, and the transfer of the identification document, authentication feature, and false identification document was in or affected interstate commerce.

2.    All in violation of Title 18, United States Code, Section 1028(a)(2), (b)(6), and (f).


RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY

USAO #2016R00497